### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRYANT HOLDINGS LLC, Individually and On Behalf of All Other Similarly Situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, SHEILA K. TAYLOR, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFET,** )<br>)<br>)<br>)<br>)<br>**Defendants.** )  | Civil Action No. 11-CV-2072 KHV/JPO |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Marc Sonnenfeld** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

KCP-4106219-1

Respectfully submitted,

  /s/David M. Buffo
James D. Griffin                KS BAR # 12545
David M. Buffo                  KS BAR # 21399
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (facsimile)
**james.griffin@huschblackwell.com**
**david.buffo@huschblackwell.com**

*Attorneys for Defendants*

## Certificate of Service

I hereby certify that on March 14, 20111 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to CM/ECF participants.

  /s/David M. Buffo

KCP-4106219-1