# EXHIBIT B

## Losses of the YRC Investors Group in Shares of YRC Worldwide

**FRANK YONAN:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 1/2/2009 | $3.36 | 7374 | $24,773.69 | held | $1.02 | $7,552.21 | ($17,221.49) |
| 5/7/2009 | $4.45 | 6000 | $26,700.00 | 5/7/2009 | $4.60 | $27,600.00 | $900.00 |
| 6/26/2009 | $1.71 | 126 | $215.46 | held | $1.02 | $129.05 | ($86.42) |
| 7/7/2009 | $1.26 | 500 | $630.00 | held | $1.02 | $512.08 | ($117.92) |
| 7/8/2009 | $1.00 | 2600 | $2,600.00 | held | $1.02 | $2,662.83 | $62.83 |
| 7/10/2009 | $1.41 | 1000 | $1,410.00 | held | $1.02 | $1,024.17 | ($385.83) |
| 7/13/2009 | $1.33 | 400 | $532.00 | held | $1.02 | $409.67 | ($122.33) |
| 7/14/2009 | $1.38 | 1000 | $1,380.00 | held | $1.02 | $1,024.17 | ($355.83) |
| 7/29/2009 | $1.54 | 2000 | $3,080.00 | held | $1.02 | $2,048.33 | ($1,031.67) |
| 7/30/2009 | $1.63 | 500 | $815.00 | held | $1.02 | $512.08 | ($302.92) |
| 7/31/2009 | $1.48 | 500 | $740.00 | held | $1.02 | $512.08 | ($227.92) |
| 7/31/2009 | $1.43 | 1000 | $1,430.00 | held | $1.02 | $1,024.17 | ($405.83) |
| 8/4/2009 | $1.64 | 600 | $984.00 | held | $1.02 | $614.50 | ($369.50) |
| 8/5/2009 | $2.22 | 150 | $333.00 | held | $1.02 | $153.63 | ($179.38) |
| 8/5/2009 | $2.12 | 250 | $530.00 | held | $1.02 | $256.04 | ($273.96) |
| 8/6/2009 | $1.86 | 250 | $465.00 | held | $1.02 | $256.04 | ($208.96) |
| 8/6/2009 | $1.77 | 250 | $442.50 | held | $1.02 | $256.04 | ($186.46) |
| 8/7/2009 | $1.86 | 125 | $232.50 | held | $1.02 | $128.02 | ($104.48) |
| 8/12/2009 | $2.11 | 15700 | $33,127.00 | held | $1.02 | $16,079.42 | ($17,047.58) |
| 8/13/2009 | $2.08 | 18625 | $38,665.50 | held | $1.02 | $19,075.10 | ($19,590.40) |
| 8/18/2009 | $2.09 | 900 | $1,881.00 | held | $1.02 | $921.75 | ($959.25) |
| 8/19/2009 | $2.19 | 100 | $219.00 | held | $1.02 | $102.42 | ($116.58) |
| 8/20/2009 | $2.10 | 200 | $420.00 | held | $1.02 | $204.83 | ($215.17) |
| 8/25/2009 | $1.94 | 100 | $194.00 | held | $1.02 | $102.42 | ($91.58) |
| 8/26/2009 | $1.98 | 100 | $198.00 | held | $1.02 | $102.42 | ($95.58) |
| 8/27/2009 | $1.93 | 200 | $386.00 | held | $1.02 | $204.83 | ($181.17) |
| 8/28/2009 | $2.39 | 75 | $179.25 | held | $1.02 | $76.81 | ($102.44) |
| 8/28/2009 | $2.27 | 30 | $68.10 | held | $1.02 | $30.73 | ($37.38) |
| 8/31/2009 | $2.19 | 120 | $262.80 | held | $1.02 | $122.90 | ($139.90) |
| 8/31/2009 | $2.24 | 50 | $112.00 | held | $1.02 | $51.21 | ($60.79) |
| 9/1/2009 | $2.42 | 125 | $302.50 | held | $1.02 | $128.02 | ($174.48) |
| 9/1/2009 | $2.24 | 100 | $224.00 | held | $1.02 | $102.42 | ($121.58) |
| 9/3/2009 | $2.22 | 100 | $222.00 | held | $1.02 | $102.42 | ($119.58) |
| 9/4/2009 | $2.17 | 100 | $217.00 | held | $1.02 | $102.42 | ($114.58) |
| 9/4/2009 | $2.20 | 75 | $165.00 | held | $1.02 | $76.81 | ($88.19) |
| 9/8/2009 | $2.49 | 125 | $311.25 | held | $1.02 | $128.02 | ($183.23) |
| 9/8/2009 | $2.50 | 50 | $125.00 | held | $1.02 | $51.21 | ($73.79) |
| 9/9/2009 | $2.41 | 75 | $180.75 | held | $1.02 | $76.81 | ($103.94) |
| 9/10/2009 | $2.85 | 35 | $99.75 | held | $1.02 | $35.85 | ($63.90) |
| 9/11/2009 | $3.44 | 40 | $137.60 | held | $1.02 | $40.97 | ($96.63) |
| 9/11/2009 | $3.50 | 25 | $87.50 | held | $1.02 | $25.60 | ($61.90) |
| 9/14/2009 | $4.15 | 150 | $622.50 | held | $1.02 | $153.63 | ($468.88) |
| 9/15/2009 | $4.35 | 125 | $543.75 | held | $1.02 | $128.02 | ($415.73) |
| 9/15/2009 | $4.10 | 75 | $307.50 | held | $1.02 | $76.81 | ($230.69) |
| 9/15/2009 | $3.79 | 50 | $189.50 | held | $1.02 | $51.21 | ($138.29) |
| 9/17/2009 | $3.87 | 40 | $154.80 | held | $1.02 | $40.97 | ($113.83) |
| 9/22/2009 | $4.14 | 110 | $455.40 | held | $1.02 | $112.66 | ($342.74) |
| 9/23/2009 | $5.45 | 200 | $1,090.00 | held | $1.02 | $204.83 | ($885.17) |
| 9/23/2009 | $5.45 | 25 | $136.25 | 11/2/2009 | $2.10 | $52.50 | ($83.75) |
| 9/24/2009 | $5.30 | 70 | $370.65 | 11/2/2009 | $2.10 | $147.00 | ($223.65) |
| 9/24/2009 | $5.77 | 50 | $288.50 | 11/2/2009 | $2.10 | $105.00 | ($183.50) |
| 9/24/2009 | $5.50 | 30 | $165.00 | 11/2/2009 | $2.10 | $63.00 | ($102.00) |
| 9/25/2009 | $5.03 | 75 | $377.25 | 11/2/2009 | $2.10 | $157.50 | ($219.75) |
| 9/25/2009 | $4.80 | 50 | $240.00 | 11/2/2009 | $2.10 | $105.00 | ($135.00) |
| 10/1/2009 | $4.45 | 25 | $111.25 | 11/2/2009 | $2.10 | $52.50 | ($58.75) |
| 10/5/2009 | $4.05 | 100 | $405.00 | 11/2/2009 | $2.10 | $210.00 | ($195.00) |
| 10/9/2009 | $4.35 | 100 | $435.00 | 11/2/2009 | $2.10 | $210.00 | ($225.00) |
| 10/19/2009 | $3.97 | 100 | $397.00 | 11/2/2009 | $2.10 | $210.00 | ($187.00) |
| 10/20/2009 | $3.58 | 50 | $179.00 | 11/2/2009 | $2.10 | $105.00 | ($74.00) |
| 10/27/2009 | $3.75 | 125 | $468.75 | 11/2/2009 | $2.10 | $262.50 | ($206.25) |
| 10/29/2009 | $3.64 | 125 | $455.00 | 11/2/2009 | $2.10 | $262.50 | ($192.50) |
| 10/30/2009 | $3.56 | 75 | $267.00 | 11/2/2009 | $2.10 | $157.50 | ($109.50) |
| 11/2/2009 | $1.24 | 1000 | $1,240.00 | 11/2/2009 | $2.10 | $2,100.00 | $860.00 |

|  |  |  |  |  |  |  | **Total Losses** | ($64,388.64) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | **Dura Losses** | ($63,952.99) |

**GEORGE ALEXIOU:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 10/30/2009 | $3.84 | 5000 | $19,200.00 | held | $1.02 | $5,120.83 | ($14,079.17) |
|  |  |  |  |  |  | **Total Losses** | ($14,079.17) |

**SUZANNE ALEXIOU:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 10/30/2009 | $3.57 | 5000 | $17,850.00 | held | $1.02 | $5,120.83 | ($12,729.17) |
| 10/30/2009 | $3.81 | 5000 | $19,050.00 | held | $1.02 | $5,120.83 | ($13,929.17) |
|  |  |  |  |  |  | **Total Losses** | ($26,658.33) |

**BRYANT HOLDINGS:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 9/28/2009 | $4.70 | 4000 | $18,800.00 | held | $1.02 | $4,096.67 | ($14,703.33) |
| 10/2/2009 | $4.13 | 1000 | $4,129.90 | held | $1.02 | $1,024.17 | ($3,105.73) |
| 10/9/2009 | $4.59 | 2000 | $9,179.80 | held | $1.02 | $2,048.33 | ($7,131.47) |
| 10/9/2009 | $4.50 | 500 | $2,250.00 | held | $1.02 | $512.08 | ($1,737.92) |
| 10/9/2009 | $4.50 | 500 | $2,250.00 | 12/1/2009 | $1.18 | $590.00 | ($1,660.00) |
| 10/9/2009 | $4.25 | 500 | $2,125.00 | 12/1/2009 | $1.18 | $590.00 | ($1,535.00) |
| 10/9/2009 | $4.25 | 500 | $2,125.00 | 10/14/2009 | $4.15 | $2,075.05 | ($49.95) |
|  |  |  |  |  |  | **Total Losses** | ($29,923.40) |
|  |  |  |  |  |  | **Dura Losses** | ($29,873.45) |

**ROBERT DODD:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 11/2/2009 | $1.75 | 18650 | $32,637.50 | held | $1.02 | $19,100.71 | ($13,536.79) |
|  |  |  |  |  |  | **Total Losses** | ($13,536.79) |

| **Total Losses of the YRC Investors Group** | ($148,586.33) |
|---|---|
| **Total Dura Losses of the YRC Investors Group** | ($148,100.73) |