## UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

| | |
|---|---|
| BRYANT HOLDINGS LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, SHEILA K. TAYLOR, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L BRUFFET,<br><br>      Defendants. | ) Civil Action No. 11-CV-2072 KHV/JPO<br>)<br>)<br>) **MOTION FOR LEAVE TO APPEAR**<br>) **PRO HAC VICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Pursuant to D. Kan. Rule 83.5.4., I move that Frank J. Johnson be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

   I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

   Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.  I have also verified that the information contained in the affidavit is true and accurate.

{167571.DOC }

- 2 -

DATED:  May 13, 2011     Respectfully submitted,

       DOLLAR, BURNS & BECKER, L.C.


       *s/ Michael S. Kilgore*
       MICHAEL S. KILGORE (#23025)
       1100 Main Street, Suite 2600
       Kansas City, MO 64105
       Telephone: (816) 876-2600
       Facsimile: (816) 221-8763

       *Counsel for Stan Better and Proposed Co-Lead Counsel for Plaintiffs*


### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lynn R. Johnson
Shamberg, Johnson & Bergman, Chtd.
2600 Grand Blvd., Suite 550
Kansas City, MO 64108
T:  816-474-0004
F:  816-474-0003
Email:  ljohnson@sjblaw.com

**ATTORNEY FOR PLAINTIFF BRYANT HOLDINGS, LLC**

David Michael Buffo
James D. Griffin
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T:  816-983-8000
F:  816-983-8080
Email:  david.buffo@huschblackwell.com
        james.griffin@huschblackwell.com

- 2 -

{167571.DOC }

- 3 -

Jill M. Baisinger
Karen Pieslak Pohlmann
Marc J. Sonnenfeld
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
T:  215-963-5000
F:  215-963-5001
Email:  jbaisinger@morganlewis.com
           kpohlmann@morganlewis.com
           msonnenfeld@morganlewis.com

**ATTORNEYS FOR DEFENDANTS**
**YRC WORLDWIDE, INC. AND**
**INDIVIDUAL DEFENDANTS**