# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

| | |
|---|---|
| BRYANT HOLDINGS LLC, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 11-CV-2072 KHV/JPO ) ) |
| Plaintiff, | ) **MOTION FOR LEAVE TO APPEAR** ) **PRO HAC VICE** |
| vs. | ) ) |
| YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, SHEILA K. TAYLOR, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L BRUFFET, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Pursuant to D. Kan. Rule 83.5.4., I move that Shawn E. Fields be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

DATED:  May 13, 2011                                    Respectfully submitted,

                                                        DOLLAR, BURNS & BECKER, L.C.


                                                        *s/ Michael S. Kilgore*
                                                        MICHAEL S. KILGORE (#23025)
                                                        1100 Main Street, Suite 2600
                                                        Kansas City, MO 64105
                                                        Telephone: (816) 876-2600
                                                        Facsimile: (816) 221-8763

                                                        *Counsel for Stan Better and Proposed Co-Lead Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lynn R. Johnson
Shamberg, Johnson & Bergman, Chtd.
2600 Grand Blvd., Suite 550
Kansas City, MO 64108
T:  816-474-0004
F:  816-474-0003
Email:  ljohnson@sjblaw.com

**ATTORNEY FOR PLAINTIFF
BRYANT HOLDINGS, LLC**

David Michael Buffo
James D. Griffin
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T:  816-983-8000
F:  816-983-8080
Email:  david.buffo@huschblackwell.com
        james.griffin@huschblackwell.com

Jill M. Baisinger
Karen Pieslak Pohlmann
Marc J. Sonnenfeld
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
T:  215-963-5000
F:  215-963-5001
Email:  jbaisinger@morganlewis.com
            kpohlmann@morganlewis.com
            msonnenfeld@morganlewis.com

**ATTORNEYS FOR DEFENDANTS**
**YRC WORLDWIDE, INC. AND**
**INDIVIDUAL DEFENDANTS**