UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| BRYANT HOLDINGS LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, SHEILA K. TAYLOR and MICHAEL SMID, TIMOTHY A. WICKS, STEPHEN L. BRUFFET,<br><br>Defendants. | Civil Action No. 11-cv-2072 KHV/JPO |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Lewis Kahn be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required declaration in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the declaration is true and accurate.

Dated: June 2, 2011                    SHAMBERG, JOHNSON & BERGMAN CHTD.

                                       /s/ Lynn. R. Johnson
                                       LYNN R. JOHNSON

2600 Grand Blvd. – Suite 550
Kansas City, MO 64108
Telephone: (816) 474-0004
Facsimile: (816) 474-0003
Email: ljohnson@sjblaw.com

*Local Counsel for Lead Plaintiff Movant YRC Investors Group*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, I will electronically file the foregoing with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

Michael S. Kilgore
1100 Main St., Ste. 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
Email: michaelk@dollar-law.com

Frank Johnson
Shawn E. Field
Johnson & Weaver, LLP
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622
Email: frankj@johnsonandweaver.com
       shawnf@johnsonandweaver.com

*Counsel for Stan Better and Proposed Co-Lead Counsel for Plaintiffs*

David Michael Buffo
James D. Griffin
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Email: david.buffo@huschblackwell.com

james.griffin@huschblackwell.com

Jill M. Baisinger
Karen Pieslak Pohlmann
Marc J. Sonnenfeld
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: jbaisinger@morganlewis.com
  kpohlmann@morganlewis.com
  msonnenfeld@morganlewis.com

**Counsel for Defendants YRC Worldwide, Inc.**
**And Individual Defendants**