UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, F. JOSEPH WHITSEL III, and STEPHEN L. BRUFFETT,<br><br>Defendants. | Case No.: 11-2072-KHV |

## JOINT STIPULATION

**WHEREAS**, on October 21, 2011, Lead Plaintiffs, Stan Better and YRC Investors Group, filed the Amended Class Action Complaint [Doc.# 38] against Defendants YRC Worldwide Inc., William D. Zollars, Michael Smid, Timothy A. Wicks, F. Joseph Whitsel III, and Stephen L. Bruffet;

**WHEREAS**, this action was commenced as a class action;

**WHEREAS**, no answer or motion for summary judgment has been filed;

**WHEREAS**, Lead Plaintiffs have not filed a motion for class certification and no class has been certified;

**WHEREAS**, Lead Plaintiffs have determined to voluntarily dismiss without prejudice all claims against Defendant F. Joseph Whitsel III only;

**NOW, THEREFORE**, the Parties, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the following:

1. All claims asserted herein by Lead Plaintiffs against Defendant F. Joseph Whitsel III only shall be voluntarily dismissed without prejudice;

2. This voluntary dismissal is not the product of a settlement between Lead Plaintiffs and Defendant F. Joseph Whitsel III;

3. No consideration has been or will be exchanged between the parties in connection with the dismissal of Defendant F. Joseph Whitsel III; and

4. The parties shall bear all of their own costs and attorneys' fees incurred up to this point.

**IT IS SO STIPULATED THIS THE 7th DAY OF DECEMBER, 2011:**

SHAMBERG, JOHNSON & BEGRMAN, CHTD.

  s/ Lynn R. Johnson
Lynn R. Johnson
2600 Grand Blvd., Suite 550
Kansas City, MO 64108
Telephone: (816) 474-0004
Facsimile: (816) 474-0003

Co-*Local Counsel*

KAHN SWICK & FOTI, LLC

  s/ Kim Miller
Kim Miller
500 Fifth Avenue, Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Co-Lead Counsel*

HUSCH BLACKWELL LLP

  s/ David M. Buffo
James D. Griffin
KS # 12545
David M. Buffo
KS # 21399
4801 Main Street, Suite 1000
Kansas City, MO  64112
Telephone:  816.983.8199
Fax:  816.983.8080
james.griffin@huschblackwell.com
david.buffo@huschblackwell.com

-and-

MORGAN, LEWIS & BOCKIUS LLP

  s/ Marc J. Sonnenfeld
Marc J. Sonnenfeld
Jill Baisinger
Karen Pieslak Pohlmann
1701 Market Street
Philadelphia, PA  19103-2921
215.963.5000
215.963.5001 (facsimile)
msonnenfeld@morganlewis.com
jjbaisinger@morganlewis.com
kpohlmann@morganlewis.com

*Counsel for Defendants*

KCP-4182308-1

JOHNSON & WEAVER, LLP
Frank J. Johnson
Shawn E. Fields
110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
seanf@johnsonandweaver.com

*Co-Lead Counsel*