IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFETT,<br><br>Defendants. | Case No. 11-CV-2072 KHV/JPO |

## STIPULATION

**WHEREAS,** on September 25, 2012, the Court issued its Memorandum and Order [Doc. 51] denying Defendants YRC Worldwide Inc., William D. Zollars, Michael Smid, Timothy A. Wicks, and Stephen L. Bruffet ("Defendants") Motion to Dismiss [Doc. 42] the Amended Class Action Complaint [Doc. 38] filed by Plaintiffs, Stan Better and YRC Investors Group, individually and on behalf of all others similarly situated ("Plaintiffs") (collectively the "Parties");

**WHEREAS,** in accordance with Fed. R. Civ. P. 6 and 12(a)(4), Defendants' answer to the Amended Class Action Complaint is due on or before October 9, 2012;

**WHEREAS,** counsel for Plaintiffs and counsel for Defendants have conferred about the timing of Defendants' answer and agree that a reasonable extension of time to answer is warranted based on the length of the Amended Class Action Complaint and the complexity of the issues raised therein;

KCP-4264235-1

**WHEREAS,** Plaintiffs have agreed that Defendants will have forty five (45) days from October 9, 2012 (or up to an including **November 23, 2012**) to answer the Amended Class Action Complaint;

**WHEREAS,** no prior request for an extension of time for Defendants to respond to the Complaint has been requested from or granted by the Court.

**NOW, THEREFORE**, the Parties, through their undersigned counsel stipulate and agree to the following:

1. Defendants will have forty five (45) days from October 9, 2012 (or up to an including **November 23, 2012**) to answer the Amended Class Action Complaint.

**IT IS SO STIPULATED THIS THE 5th DAY OF OCTOBER, 2012:**

| | |
|---|---|
| SHAMBERG, JOHNSON & BEGRMAN, CHTD. | HUSCH BLACKWELL LLP |
| _s/ Lynn R. Johnson_ | _s/ David M. Buffo_ |
| Lynn R. Johnson | James D. Griffin    KS #12545 |
| 2600 Grand Blvd., Suite 550 | David M. Buffo    KS #21399 |
| Kansas City, MO 64108 | 4801 Main Street, Suite 1000 |
| Telephone: (816) 474-0004 | Kansas City, MO  64112 |
| Facsimile: (816) 474-0003 | Telephone:  816.983.8199 |
| | Fax:  816.983.8080 |
| *Co-Local Counsel* | james.griffin@huschblackwell.com |
| | david.buffo@huschblackwell.com |
| | |
| | -and- |
| | |
| KAHN SWICK & FOTI, LLC | MORGAN, LEWIS & BOCKIUS LLP |
| _s/ Kim Miller_ | _s/ Marc J. Sonnenfeld_ |
| Kim Miller | Marc J. Sonnenfeld |
| 500 Fifth Avenue, Suite 1810 | Karen Pieslak Pohlmann |
| New York, NY 10110 | 1701 Market Street |
| Telephone: (212) 696-3730 | Philadelphia, PA  19103-2921 |
| Facsimile: (504) 455-1498 | 215.963.5000 |
| kim.miller@ksfcounsel.com | 215.963.5001 (facsimile) |
| | msonnenfeld@morganlewis.com |
| -and- | kpohlmann@morganlewis.com |
| | |
| | *Counsel for Defendants* |

Lewis S. Kahn
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Co-Lead Counsel*

JOHNSON & WEAVER, LLP
Frank J. Johnson
Shawn E. Fields
110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
seanf@johnsonandweaver.com

*Co-Lead Counsel*