## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 11-CV-2072 KHV/JPO |
| vs. | ) |
| YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L BRUFFETT, | )<br>)<br>) |
| Defendants. | ) |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that J. Ryan Lopatka be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required declaration in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the declaration is true and accurate.

Dated:  February 20, 2014                    Respectfully submitted,

   /s/ Lynn R. Johnson

Lynn R. Johnson
**Shamberg, Johnson & Bergman, Chtd.**
2600 Grand Blvd., Suite 550
Kansas City, Missouri 64108
Telephone: (816) 474-0004
Facsimile: (816) 474-0003
Email: ljohnson@sjblaw.com

*Co-Local Counsel for Lead Plaintiffs and the Class*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

      /s/ Lynn R. Johnson