**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **STAN BETTER and YRC INVESTORS** | ) | |
| **GROUP, Individually and** | ) | |
| **On Behalf of All Others Similarly Situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **Civil Action No. 11-CV-2072 KHV/JPO** |
| | ) | |
| **YRC WORLDWIDE INC., WILLIAM D.** | ) | |
| **ZOLLARS, MICHAEL SMID, TIMOTHY** | ) | |
| **A. WICKS, and STEPHEN L. BRUFFETT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Plaintiffs Stan Better and YRC Investors Group, through undersigned counsel, hereby certify that on May 15, 2015, they served Plaintiffs' Amended First Request for Production of Documents to Defendant William D. Zollars by e-mail to counsel for all Defendants as follows:

Karen Pieslak Pohlmann
Laura Hughes McNally
**MORGAN LEWIS & BOCKIUS, LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Fax: 215.963.5001
msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

Kristin L. Farnen
**STINSON LEONARD STREET LLP**
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: 816 691.2446
Fax: 816.412.1132
kristin.farnen@stinsonleonard.com

Respectfully submitted,

/s/ Lynn R. Johnson
Lynn R. Johnson
**Shamberg, Johnson & Bergman, Chtd.**
2600 Grand Blvd. – Suite 550
Kansas City, MO 64108
Telephone: (816) 474-0004
Fax: (816) 474-0003
Email: ljohnson@sjblaw.com
*Local Counsel for the YRC Investors Group*

1

Kim E. Miller
Bruce W. Dona
**Kahn Swick & Foti, LLC**
500 5th Avenue Ste. 1810
New York, NY 10110
Phone: (212) 696-3730
Fax: (504) 455-1498
Email: kim.miller@ksfcounsel.com
*Co-Lead Counsel for Lead Plaintiffs and the Class*

Frank J. Johnson
Shawn E. Fields
**Johnson & Weaver, LLP**
600 West Broadway, Suite 1540
San Diego, CA 92101
Phone: (619) 230-0063
Fax: (619) 255-1856
Emails: frankj@johnsonandweaver.com
        shawnf@johnsonandweaver.com
*Co-Lead Counsel for Lead Plaintiffs and the Class*