IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFETT,<br><br>Defendants. | Civil Action No. 11-CV-2072 KHV/JPO |

INDEX OF EXHIBITS IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>

1. A true and correct copy of the Expert Report of Chad Coffman, CFA is attached hereto as Exhibit A.

2. A true and correct copy of the Firm Resume of KSF is attached hereto as Exhibit B.

3. A true and correct copy of the Firm Resume of Johnson & Weaver, LLP is attached hereto as Exhibit C.

4. A true and correct copy of relevant excerpts from the following public statements issued by YRC is attached hereto as Exhibit D:

- YRC Form 8-K filed April 25, 2008;
- YRC Q1 2008 Earnings Call Transcript dated April 25, 2008;
- YRC Form 10-Q filed May 8, 2008;
- YRC Form 8-K filed July 25, 2008;
- YRC Q2 2008 Earnings Call Transcript dated July 28, 2008;

- YRC Form 10-Q filed August 6, 2008;
- YRC Form 8-K filed September 8, 2008;
- YRC Form 8-K filed October 3, 2008;
- YRC Form 8-K filed October 8, 2008;
- YRC Form 8-K filed October 24, 2008;
- YRC Q3 2008 Earnings Call Transcript dated October 24, 2008;
- YRC Form 10-Q filed November 10, 2008;
- YRC's press release entitled *YRC Worldwide CEO Calls for Focus on the Future* dated November 17, 2008;
- YRC Form 8-K filed November 20, 2008;
- YRC Form 8-K filed December 24, 2008;
- YRC Form 8-K filed January 30, 2009;
- YRC Q4 2008 Earnings Call Transcript dated January 30, 2009;
- YRC Form 8-K filed February 20, 2009;
- YRC Form 8-K filed March 2, 2009;
- YRC Form 10-K filed March 2, 2009;
- YRC Form 8-K filed April 24, 2009;
- YRC Q1 2009 Earnings Call Transcript dated April 24, 2009;
- YRC Form 10-Q filed May 11, 2009;
- YRC Form 8-K filed May 15, 2009;
- YRC Form 8-K filed June 19, 2009;
- YRC Form 8-K filed July 9, 2009;
- YRC Form 8-K filed July 14, 2009;
- YRC Q2 2009 Earnings Call Transcript dated July 30, 2009;
- YRC Form 10-Q filed August 10, 2009;
- YRC Form 8-K filed October 30, 2009;
- YRC Form 8-K filed November 2, 2009.

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

                                                                /s/  Lynn R. Johnson_____