**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFET,<br><br>Defendants. | Case No. 2:11-cv-2072-KHV-JPO |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Matthew P. Woodard be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required declaration in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the declaration is true and accurate.

Dated: August 25, 2015                SHAMBERG, JOHNSON & BERGMAN CHTD.

*/s/ John M. Parisi*_____  
JOHN M. PARISI, #14078

2600 Grand Blvd. – Suite 550  
Kansas City, MO 64108  
Telephone: (816) 474-0004  
Facsimile: (816) 474-0003  
Email: jparisi@sjblaw.com

***Local Counsel for Co-Lead Plaintiff YRC Investors Group***

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which sent a notice of electronic filing to all counsel of record.

*/s/ John M. Parisi*_____  
JOHN M. PARISI