IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STAN BETTER & YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 11-CV-2072 KHV/JPO |
| YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, III, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFETT, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Laura Hughes McNally be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

Dated: September 15, 2015

/s/ Kristin L. Farnen
J. Emmett Logan
Kristin L. Farnen

STINSON LEONARD STREET LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: 816.842-8600
Fax: 816.691-3495
Emmett.logan@stinsonleonard.com
Kristin.farnen@stinsonleonard.com

Marc J. Sonnenfeld, *pro hac vice*
Karen Pieslak Pohlmann, *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 15, 2015 the foregoing document was filed with the Court's CM/ECF System, which sent notice to all parties receiving electronic notices.

/s/Kristin L. Farnen
Attorney for Defendants

2



# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
Pro Hac Vice Electronic Filing
Registration Form

Name:  Laura Hughes McNally

Office:  Morgan Lewis & Bockius LLP

Address:  1701 Market Street

Address:  

City:  Philadelphia          State:  PA          Zip:  19103

Office Phone:  215-963-5257          Ext.:  _____          Fax:  215-963-5001

---

State Bar #  PA 310658  /  NJ 002062011

Last 4 Digits of Social Security Number:  7340

Attorney's Internet E-mail Address: Lmcnally@morganlewis.com

Additional email addresses that should receive Notices of Electronic Filing: _____

---

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

_September 11, 2015_          _Laura Hughes McNally_
Date          Applicant's Signature
          Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

**If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STAN BETTER & YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 11-CV-2072 KHV/JPO |
| YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, III, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFETT, ) ) ) ) | |
| Defendants. ) ) ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Laura Hughes McNally

2. I practice under the following firm name or letterhead:

   a. Name: Morgan, Lewis & Bockius LLP

   b. Address: 1701 Market Street, Philadelphia PA 19103-2921

   c. Telephone Number: 215-963-5000

   d. Fax: 215-963-5001

   e. Email Address: lmcnally@morganlewis.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| PA | April 25, 2011 | 310658 |
| NJ | June 2, 2011 | 002062011 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_Laura Hughes McNally_
Laura Hughes McNally

Subscribed and sworn to before me, a notary public, on this ⧸⧸ day of September, 2015.

_Kathleen M DiPlacido_
Notary Public

My commission expires:

2/20/2017

2 | COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN M. DiPLACIDO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 20, 2017