**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) ) ) | Case No. 2:11-cv-2072-KHV-JPO |
| vs. ) ) | |
| YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFET, ) ) ) ) | |
| Defendants. ) ) ) ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I, John M. Parisi, move that Shane D. Pendley be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required declaration in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the declaration is true and accurate.

Dated: September 21, 2015             SHAMBERG, JOHNSON & BERGMAN CHTD.

*/s/ John M. Parisi*_____
JOHN M. PARISI   KS# 14078
2600 Grand Blvd. – Suite 550
Kansas City, MO 64108
Telephone: (816) 474-0004
Facsimile: (816) 474-0003
Email: jparisi@sjblaw.com

*Local Counsel for Co-Lead Plaintiff YRC Investors Group*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which sent a notice of electronic filing to all counsel of record.

*/s/ John M. Parisi*_____
JOHN M. PARISI