#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L. BRUFFETT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 11-CV-2072 KHV/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants YRC Worldwide Inc., William D. Zollars, Michael Smid, Timothy A. Wicks, and Stephen L. Bruffett (collectively "Defendants") hereby move the Court for leave to supplement the record on Plaintiffs' Motion for Class Certification.  The evidence Defendants seek leave to submit consists of deposition testimony, given after Defendants filed their Opposition to Lead Plaintiffs' Motion for Class Certification, that is pertinent to the issue of whether the named Plaintiffs and putative class representatives would fairly and adequately protect the interests of the class.

WHEREFORE, Defendants pray for an Order granting them leave to supplement and deeming the deposition testimony excerpted in Exhibits 1 through 7, submitted with this Motion, to be part of the record on plaintiffs' Motion for Class Certification.

Dated: November 20, 2015

Respectfully submitted,

*/s/J. Emmett Logan*
J. Emmett Logan
Kristin L. Farnen
**STINSON LEONARD STREET LLP**
1201 Walnut Suite 2900
Kansas City, MO 64106
Tel:(816) 842-8600
Fax: (816) 691-3495
Email: emmett.logan@stinson.com
Email:kristin.farnen@stinson.com

*/s/ Marc J. Sonnenfeld*
Marc J. Sonnenfeld
Karen Pieslak Pohlmann
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel:(215) 963-5000
Fax:(215) 963-5001
Email: msonnenfeld@morganlewis.com
Email: kpohlmann@morganlewis.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 20, 2015 I caused the foregoing document to be filed with the Clerk of the Court by using the Court's CM/ECF System, which sent notice to all counsel of record.

*s/ J. Emmett Logan*
Attorney for Defendants

12338165.1