**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STAN BETTER and YRC INVESTORS GROUP, Individually and On Behalf of All Others Similarly Situated, </br></br>                      Plaintiffs, </br></br>     vs. </br></br>YRC WORLDWIDE INC., WILLIAM D. ZOLLARS, MICHAEL SMID, TIMOTHY A. WICKS, and STEPHEN L BRUFFETT, </br></br>                      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 11-CV-2072 KHV/JPO |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that David A. P. Brower be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

2

Dated:  March 1, 2016               Respectfully submitted,

                                     /s/ John M. Parisi

                                    John M. Parisi
                                    **Shamberg, Johnson & Bergman, Chtd.**
                                    2600 Grand Blvd., Suite 550
                                    Kansas City, Missouri 64108
                                    Telephone: (816) 474-0004
                                    Facsimile: (816) 474-0003
                                    Email: ljohnson@sjblaw.com

                                    *Co-Local Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

    /s/  John M. Parisi_____