IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STAN BETTER, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 11-CV-2072 KHV/JPO |
| | ) | |
| YRC WORLDWIDE INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF RESOLUTION**

Pursuant to D. Kan. Rule 40.3(a), Plaintiffs and Defendants hereby notify the Court that the parties have reached an agreement that resolves the litigation as to all parties. Following the entry by the Tenth Circuit, on April 29, 2016, of the Order denying Plaintiffs' Petition for Permission to Appeal, counsel began discussing the terms under which Plaintiffs would dismiss the action. The parties reached agreement on May 10, 2016. Defendants have requested that the agreement be reflected in an Agreement for Dismissal of Action (the "Agreement") to be signed by the claimants and the Defendants. Counsel have circulated the Agreement to each of their clients. Counsel for Plaintiffs are in the process of gathering signatures from each individual claimant, will continue with their good-faith efforts to obtain execution, but have actual authority to sign on behalf of each claimant. Upon execution by or on behalf all parties to the Agreement, counsel will file, under Fed. R. Civ. P. 41(a)(1)(A)(ii), a Stipulation of Dismissal with Prejudice ("Stipulation"). The Agreement provides that each party shall bear his, her, or its own fees, including attorneys' and experts' fees, costs, and expenses, and the Stipulation so states. The

12638796.2

Agreement includes mutual releases.  No monetary consideration will be exchanged between the parties or their counsel.

**Dated:**  May 10, 2016                                             Respectfully submitted,

*s/ John M. Parisi*        _____
John M. Parisi
**Shamberg, Johnson & Bergman, Chtd.**
2600 Grand Blvd., Suite 550
Kansas City, Missouri 64108
Telephone: (816) 474-0004
Facsimile: (816) 474-0003
Email: jparisi@sjblaw.com

*Co-Local Counsel for Plaintiffs*

Kim E. Miller *(pro hac vice)*
Bruce W. Dona
**Kahn Swick & Foti, LLC**
250 Park Avenue, Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: Bruce.dona@ksfcounsel.com

Lewis S. Kahn *(pro hac vice)*
J. Ryan Lopatka
**Kahn Swick & Foti, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

*Co-Lead Counsel for Plaintiffs*

Frank J. Johnson
Shawn E. Fields
**Johnson & Weaver, LLP**
600 West Broadway, Suite 1540
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: frankj@johnsonandweaver.com
Email: shawnf@johnsonandweaver.com

*Co-Lead Counsel for Plaintiffs*

12638796.2

Ashley L. Ricket
**Dollar, Burns & Beckler, L.C.**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763

*Co-Local Counsel for Plaintiffs*


*s/Kristin L. Farnen*
J. Emmett Logan
Kristin L. Farnen
**STINSON LEONARD STREET LLP**
1201 Walnut Suite 2900
Kansas City, MO 64106
Tel: (816) 842-8600
Fax: (816) 691-3495
Email: emmett.logan@stinson.com
Email: kristin.farnen@stinson.com


Marc J. Sonnenfeld
Karen Pieslak Pohlmann
Laura Hughes McNally
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
Email: msonnenfeld@morganlewis.com
Email: kpohlmann@morganlewis.com
Email: lmcnally@morganlewis.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 10, 2016 the foregoing document was filed with the Court's CM/ECF System, which sent notice to all parties receiving electronic notices.


*s/ Kristin L. Farnen*
Attorney for Defendants

3

12638796.2