## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STAN BETTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 11-CV-2072 KHV/JPO |
| YRC WORLDWIDE INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Plaintiffs and all Defendants hereby stipulate to the dismissal with prejudice of this action, including all claims asserted in the Amended Complaint.  Each party shall bear his, her, or its own fees, including attorneys' and experts' fees, costs, and expenses.

**Dated:**  May 12, 2016

Respectfully submitted,

s/ John M. Parisi
John M. Parisi
**Shamberg, Johnson & Bergman, Chtd.**
2600 Grand Blvd., Suite 550
Kansas City, Missouri 64108
Telephone: (816) 474-0004
Facsimile: (816) 474-0003
Email: jparisi@sjblaw.com

*Co-Local Counsel for Plaintiffs and the Class*

Kim E. Miller *(pro hac vice)*
Bruce W. Dona
**Kahn Swick & Foti, LLC**
250 Park Avenue, Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: Bruce.dona@ksfcounsel.com

Lewis S. Kahn *(pro hac vice)*
J. Ryan Lopatka
**Kahn Swick & Foti, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

*Co-Lead Counsel for Plaintiffs and the Class*

Frank J. Johnson
Shawn E. Fields
**Johnson & Weaver, LLP**
600 West Broadway, Suite 1540
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: frankj@johnsonandweaver.com
Email: shawnf@johnsonandweaver.com

*Co-Lead Counsel for Plaintiffs and the Class*

Ashley L. Ricket
**Dollar, Burns & Beckler, L.C.**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763

*Co-Local Counsel for Plaintiffs and the Class*

*s/Kristin L. Farnen*
J. Emmett Logan
Kristin L. Farnen
**STINSON LEONARD STREET LLP**
1201 Walnut Suite 2900
Kansas City, MO 64106
Tel: (816) 842-8600
Fax: (816) 691-3495
Email: emmett.logan@stinson.com
Email: kristin.farnen@stinson.com

Marc J. Sonnenfeld
Karen Pieslak Pohlmann
Laura Hughes McNally
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
Email: msonnenfeld@morganlewis.com
Email: kpohlmann@morganlewis.com
Email: lmcnally@morganlewis.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2016 the foregoing document was filed with the Court's CM/ECF System, which sent notice to all parties receiving electronic notices.

*s/ Kristin L. Farnen*
Attorney for Defendants

12629624.1

3